JEAN C. WILCOX, ESQ. (SBN 097963)
HERSHORIN & HENRY, LLP
27422 Portola Parkway, CA, Suite 360
Foothill Ranch, California 92610
Telephone: (949) 859-5600
Facsimile: (949) 859-5680

Attorneys for Plaintiff,
INDYMAC BANK, a Federal Savings Bank

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, a Federal Savings Bank,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTMENT RETRIEVERS, INC., a California Corporation; THE FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, a Government Agency; UNITED STATES OF AMERICA, a government entity; OGANES KAZARYAN, an individual; TAGOUI ORDAKIAN, an individual; WASHINGTON MUTUAL BANK, FA, a federal association; and ALL OTHER PERSONS UNKNOWN, CLAIMING ANY RIGHT TITLE, ESTATE, LIEN OR INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT, ADVERSE TO PLAINTIFF'S OWNERSHIP INTEREST OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO,<br><br>Defendants. | CASE NO.: CV 07-07307-R (FFMx)<br><br>*The Honorable Manuel L. Real*<br><br>**JUDGMENT ON SECOND AMENDED COMPLAINT FOR (1) EQUITABLE SUBROGATION AND (2) QUIET TITLE**<br><br>Pre-Trial Conf.:  March 9, 2009<br>Trial:  March 17, 2009 |

The Court having considered the Stipulation for Entry of Judgment executed by the appearing parties to this action, and Defendant Franchise Tax Board of the State of California having filed a disclaimer in this action; and Defendant Investment Retrievers, Inc., a California corporation having been dismissed from this action; and Defendants OGANES KAZARYAN and TAGOUI ORDAKIAN having failed to appear and their defaults having been entered by the Clerk of the Court, now enters Judgment in this action, as follows:

1. The Deed of Trust, recorded as instrument number 05-2006669 ("Deed of Trust") that is now held by Plaintiff, INDYMAC BANK, a Federal Savings Bank ("Plaintiff"), is declared to be equitably subrogated in the principal amount of $487,088.80 to a senior, first lien position, effective as of February 28, 2003 on the real property commonly known as 9701 Paso Robles Avenue, Los Angeles (Northridge), CA 91325 ("Subject Property") and legally described as follows:

> Lot 18, of Tract No. 24055, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 673 Page(s) 54 and 55 of maps, in the office of the County Recorder of said county.

2. To the said principal amount of $487,088.80, Plaintiff is further entitled to add interest at the rate chargeable on the two deeds of trust that were paid off with said funds by Plaintiff's predecessor in interest, reasonable attorney's fees in the amount of $47,408.25 and costs of suit totaling $981.70 pursuant to Plaintiff's Bill of Costs filed concurrently with the parties' Stipulation for Entry of Judgment. Plaintiff, is hereby further declared to hold the right to foreclose on its Deed of Trust from the effective lien priority date of October 29, 2003 pursuant to the power of sale granted the trustee under the terms of said Deed of Trust and under the procedures set forth in *California Civil Code* section 2924, *et seq.* dealing with the nonjudicial foreclosure of deeds of trust.

3. The remaining principal balance of $105,411.20, which was funded under the Deed of Trust, but which did not pay off then existing senior liens, shall remain an equitable lien against the Subject Property, effective as of August 22, 2005, together

1 | with such additional interest, late fees and other penalties as are provided for under the terms of the Deed of Trust.

4. Title to the Subject Property is hereby quieted consistent with the foregoing declarations of rights, as follows:

(a) <u>In First Lien Position</u>: INDYMAC BANK, a Federal Savings Bank, in the principal sum of $487,088.80 plus interest, costs and attorney's fees effective as October 29, 2003 per the deeds of trust of record on that date, recorded as instrument numbers 030588628, 030588629 and 033848350;

(b) <u>In Second Lien Position</u>: Tax Liens of the Department of Treasury of the UNITED STATES OF AMERICA as recorded March 23, 2004, together with interest and penalties provided for by law;

(c) <u>In Third Lien Position</u>: an equitable lien in favor of INDYMAC BANK, a Federal Savings Bank, in the principal sum of $105,411.20 as of August 22, 2005; and

(d) <u>In Fourth Lien Position</u>: the WAMU home equity line that is secured by the Deed of Trust recorded May 5, 2006 as instrument number 06-0991094.

DATED: March 4, 2009

_____
Manuel L. Real, District Court Judge